UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IQBAL PARVEEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:17-cv-02575-SEB-MJD |
| | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
| Respondent. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation [Dkt. 26] on Defendant's Motion to Dismiss. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED, Defendant's Motion to Dismiss [Dkt. 7] is **GRANTED**. IT IS FURTHER ORDERED, Plaintiff's First Motion for Leave to File Amended Complaint [Dkt. 17] is **DENIED AS MOOT**, and Plaintiff's Second Motion for Leave to File Amended Complaint [Dkt. 18] is **DENIED**. Final judgment will issue accordingly.

Date: 3/29/2018

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert David Epstein
EPSTEIN COHEN SEIF & PORTER
rdepstein@aol.com

Jill Z. Julian
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jill.julian@usdoj.gov